CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| JASPER PERDUE, ) | |
| Petitioner, ) | Civil Action No. 7:18cv00456 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| MARK BRECKON, ) | By: Michael F. Urbanski |
| Respondent. ) | Chief United States District Judge |

By order entered October 11, 2018, the court conditionally filed Perdue's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. In the conditional filing order, the court directed Perdue to complete a § 2241 petition form and either pay the filing fee or sign and return a consent to fee form. The court advised Perdue that failure to comply with the court's order within ten days would result in the dismissal of the action without prejudice. Perdue did not respond to the court's order.

Inasmuch as the time to respond has passed and Perdue has failed to comply with the court's order, the court will dismiss this action without prejudice.

**ENTER**: This 6th day of November, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge